# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Tel: +1 212 556 2100
Fax: +1 212 556 2222
www.kslaw.com

William F. Johnson
Partner
Direct Dial: +1 212 556 2125
Direct Fax: +1 212 556 2222
wjohnson@kslaw.com

July 1, 2014

Honorable Ronnie Abrams
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:  *United States v. Hixon*, 14 Cr. 227 (RA)

Dear Judge Abrams:

On behalf of the defendant Frank Perkins Hixon, Jr., I respectfully write to request a temporary modification of the travel restrictions of Mr. Hixon's bail conditions for a trip to visit his younger daughter in Austin, Texas from July 11-13, 2014.  The government has no objection to this request.

Mr. Hixon would like to travel by plane on Friday July 11, 2014 to Austin, Texas to visit his younger daughter and observe her participation in summer camp and other organized functions and return to New York City on Sunday July 13, 2014.

Under the terms of Mr. Hixon's release, his travel is restricted to the Southern and Eastern Districts of New York.  Accordingly, we respectfully request that the Court temporarily modify the travel restrictions of Mr. Hixon's bail conditions from July 11-13, 2014, so that Mr. Hixon be permitted to travel by plane for the above-described trip to visit his younger daughter in Texas.  The Court has previously granted prior requests to modify Mr. Hixon's bail conditions to permit him to (i) travel to Massachusetts to pick up his older daughter from college (that trip occurred on May 16-18, 2014), and (ii) travel to Austin, Texas to visit his younger daughter a total of three times in May and June (those trips occurred on May 21-25, 2014, June 4-7, 2014, and June 16-17, 2014).

Honorable Ronnie Abrams
Southern District of New York
July 1, 2014

I have conferred with AUSA Sarah McCallum, who has informed me that the government has no objection to this request. I have also communicated with U.S. Pretrial Services Officer Mildred Santana, who also had no objection to this request.

Respectfully submitted,

William F. Johnson

cc: AUSA Sarah E. McCallum
    U.S. Pretrial Services Officer Mildred Santana