# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Tel: +1 212 556 2100
Fax: +1 212 556 2222
www.kslaw.com

William F. Johnson
Partner
Direct Dial: +1 212 556 2125
Direct Fax: +1 212 556 2222
wjohnson@kslaw.com

July 15, 2014

**MEMO ENDORSED**

Honorable Ronnie Abrams
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/14

Re: *United States v. Hixon*, 14 Cr. 227 (RA)

Dear Judge Abrams:

On behalf of the defendant Frank Perkins Hixon, Jr., I respectfully write to request a temporary modification of the travel restrictions of Mr. Hixon's bail conditions for a trip to Rhode Island with his wife and younger daughter from July 19-21, 2014, and a trip to Austin, Texas with his younger daughter from July 24-26. The government has no objection to this request.

Mr. Hixon and his wife will be taking care of his younger daughter while her mother is traveling from July 18-24, 2014. After the mother drops off Mr. Hixon's daughter in New York, Mr. Hixon would like to (i) travel by automobile to Rhode Island with his wife and younger daughter on July 19 and return to New York City on July 21, and (ii) travel by plane on July 24 to Austin, Texas to bring his daughter back home, and then return to New York City on Saturday July 26, 2014.

Under the terms of Mr. Hixon's release, his travel is restricted to the Southern and Eastern Districts of New York. Accordingly, we respectfully request that the Court temporarily modify the travel restrictions of Mr. Hixon's bail conditions from July 19-21, 2014 and from July 24-26, so that Mr. Hixon be permitted to travel by car and plane for the above-described trips to Rhode Island and Austin, Texas. The Court has previously granted prior requests to modify Mr. Hixon's bail conditions to permit him to (i) travel to Massachusetts to pick up his

Honorable Ronnie Abrams
Southern District of New York
July 15, 2014

older daughter from college (that trip occurred on May 16-18, 2014), and (ii) travel to Austin, Texas to visit his younger daughter a total of four times from May to July (those trips occurred on May 21-25, 2014, June 4-7, 2014, June 16-17, 2014, and July 11-13, 2014).

I have conferred with AUSA Sarah McCallum, who has informed me that the government has no objection to this request. I have also communicated with U.S. Pretrial Services Officer Mildred Santana, who also had no objection to this request.

Respectfully submitted,

William F. Johnson

cc: AUSA Sarah E. McCallum
    U.S. Pretrial Services Officer Mildred Santana

**APPLICATION GRANTED**
**SO ORDERED**

RONNIE ABRAMS, U.S.D.J.

7/16/14